# EXHIBIT "A"



**Service of Process Transmittal**
03/20/2017
CT Log Number 530894201

| | |
|---|---|
| **TO:** | Howard Harris<br>BMW of North America, LLC<br>300 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677-7731 |
| **RE:** | **Process Served in California** |
| **FOR:** | BMW of North America, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | FARZAD ARDESTANI, etc., Pltf. vs. BMW OF NORTH AMERICA, LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s), Declaration(s) |
| **COURT/AGENCY:** | Orange County - Superior Court - Santa Ana, CA<br>Case # 30201700908595CUBCCJC |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2016 BMW M4, VIN: WB53R9C58GK338834 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/20/2017 at 15:00 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Hallen D. Rosner<br>ROSNER, BARRY & BABBITT, LLP<br>10085 Carroll Canyon Road, Suite 100<br>San Diego, CA 92131<br>858-348-1005 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/21/2017, Expected Purge Date: 03/26/2017<br><br>Image SOP<br><br>Email Notification,  Barry Chen  Barry.chen@bmwnaext.com<br><br>Email Notification,  Diane Carbone  Diane.Carbone@bmwna.com<br><br>Email Notification,  Gino Palacios  Gino.Palacios@bmwnaext.com |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of  1 / KP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BMW of North America, LLC, a limited liability company; and Does 1 through 75, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Farzad Ardestani, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

03/14/2017 at 01:31:48 PM

Clerk of the Superior Court
By Jeanette Torres-Mendoza, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Orange County Superior Court - Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92702-1994

CASE NUMBER:
*(Número del Caso):* 30-2017-00908595-CU-BC-CJC

Judge Derek W. Hunt

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hallen D. Rosner, SBN: 109740 / David L. Herman, SBN: 216469   (858) 348-1005
Rosner, Barry & Babbitt, LLP
10085 Carroll Canyon Road, Suite 100, San Diego, CA 92131

DATE: 03/14/2017  DAVID H. YAMASAKI, Clerk of the Court   Clerk, by *Jeannette Jones*, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

Jeanette Torres-Mendoza

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* BMW of North America, LLC, a limited liability company
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* a limited liability company
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
03/14/2017 at 01:31:48 PM
Clerk of the Superior Court
By Jeanette Torres-Mendoza,Deputy Clerk

ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
David L. Herman, SBN: 216469
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150
hal@rbblawgroup.com
david@rbblawgroup.com

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| FARZAD ARDESTANI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 75, inclusive, <br><br> Defendants. | Case No. 30-2017-00908595-CU-BC-CJC <br> Judge Derek W. Hunt <br><br> **Complaint for:** <br><br> 1. Violation of the Song-Beverly Consumer Warranty Act, Civil Code § 1790 et seq. |

Plaintiff, FARZAD ARDESTANI, alleges the following against Defendant BMW OF NORTH AMERICA LLC on information and belief, formed after a reasonable inquiry under the circumstances:

## GENERAL ALLEGATIONS

1. Plaintiff, Farzad Ardestani, is an individual who, at the time of the transaction at issue, resided in the City of Laguna Hills, County of Orange, State of California.

2. Defendant, BMW of North America, LLC ("BMW") is a limited liability company, doing business through its dealerships and authorized repair facilities, Crevier BMW in the City of Santa Ana, County of Orange, State of California; Irvine BMW Mini

///

1
Complaint

1 in the City of Irvine, County of Orange, State of California; and Sterling BMW in the City of Newport Beach, County of Orange, State of California.

3. Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise, of Defendants sued herein as Does 1 through 75, inclusive, and thus names them under the provisions of Section 474 of the California Code of Civil Procedure. Defendants Does 1 through 75, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiff and/or they are the alter-ego of the Defendants named herein. Plaintiff will set forth the true names and capacities of the fictitiously named Defendants together with appropriate charging allegations when ascertained.

4. All acts of entity employees as alleged were authorized or ratified by an officer, director, or managing agent of the entity employer.

5. Each Defendant, whether actually or fictitiously named herein, was the principal, agent (actual or ostensible), co-conspirator, or employee of each other Defendant and in acting as such principal or within the course and scope of such employment, agency, or conspiracy, took some part in the acts and omissions hereinafter set forth by reason of which each Defendant is liable to the Plaintiffs for the relief prayed for herein.

## SUMMARY OF FACTS

6. On August 15, 2016, Plaintiff leased a new 2016 BMW M4 vehicle, VIN: WBS3R9C58GK338834 ("the Vehicle") from Crevier BMW.

7. BMW provided an express warranty of 48 months/50,000 miles for the Vehicle. Because the Vehicle was covered under BMW's express manufacturer's warranty, an implied warranty of merchantability accompanied the lease of the Vehicle to Plaintiff, as a matter of law.

8. Within one month of leasing the Vehicle, Plaintiff began to experience problems with the Vehicle pulling and drifting to the right, and took the Vehicle to Irvine BMW Mini and Sterling BMW. Despite four repair attempts for the Vehicle's

pulling problem by those dealerships during the express warranties, Plaintiff continues to experience problems with the Vehicle pulling to the right.

9. On September 1, 2016, Plaintiff brought the Vehicle to Irvine BMW Mini to report that the Vehicle pulled or drifted to the right. The Irvine BMW Mini technicians swapped the tires, performed a four-wheel alignment, and made adjustments to the left and right rear camber and toe and front toe.

10. On September 6, 2016, Plaintiff brought the Vehicle to Irvine BMW Mini to report that the Vehicle pulled or drifted to the right and that the steering wheel was off-center to the left, with tire pressure being uneven and squeaking sounds from the right front wheel when driving, backing, and turning. The Irvine BMW Mini technicians performed a four-wheel alignment, but were unable to duplicate the squeaking sound.

11. On September 26, 2016, Plaintiff brought the Vehicle to Irvine BMW Mini to report that the Vehicle pulled to the right. The Irvine BMW Mini technicians found problems with the right front steering knuckle and that the camber was negative 30 degrees. The right front steering knuckle was replaced and a third four-wheel alignment was performed.

12. On November 28, 2016, Plaintiff brought the Vehicle to Sterling BMW to report that the Vehicle pulled to the right. The Sterling BMW technicians found that the steering column was moving to the right on its own. The Vehicle was not returned to Plaintiff until December 5, 2016.

13. Following the November 28-December 5, 2016 repair attempt, Plaintiff contacted BMW to request a repurchase of the Vehicle. BMW rejected Plaintiff's request on January 9, 2017.

14. The Vehicle continues to have problems with pulling to the right, despite the most recent attempts at repair.

15. All of the attempts at repair occurred within the first 12 months of Plaintiff's lease of the Vehicle, and within the first 12,000 miles.

///

## FIRST CAUSE OF ACTION

### Violation of the Song-Beverly Consumer Warranty Act, Civil Code §1790 *et seq.*, by BMW

16. Plaintiff incorporates by reference each and every allegation set forth in Paragraphs 1 through 15, inclusive, of this Complaint.

17. Under the Song-Beverly Consumer Warranty Act ("Song-Beverly"), Civil Code § 1790 et seq., the Vehicle constitutes a "consumer good" purchased primarily for family or household purposes and Plaintiff has used the Vehicle primarily for those purposes.

18. Plaintiff is a "lessee" of consumer goods under Song-Beverly.

19. BMW is a "manufacturer" and/or "distributor" under Song-Beverly.

20. The lease of the Vehicle to Plaintiff was accompanied by an express warranty and an implied warranty that the Vehicle was merchantable. The lease of the Vehicle to Plaintiff was also accompanied by BMW's implied warranty of fitness.

21. The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value, and/or safety of the Vehicle.

22. Plaintiff delivered the Vehicle to BMW's authorized repair facilities for repair of the nonconformities on numerous occasions.

23. BMW and its authorized repair facilities were unable to conform the Vehicle to the applicable express and implied warranties after a reasonable number of attempts.

24. The failure to remedy these defects violated the express warranty provided to Plaintiff.

25. In order to meet the implied warranty of merchantability consumer goods must meet each of the following criteria: (1) Pass without objection in the trade under the contract description; (2) Be fit for the ordinary purposes for which such goods are

///

used; (3) Be adequately contained, packaged and labeled; and (4) Conform to the promises or affirmations of fact made on the container or label.

26. The implied warranty of merchantability has been breached, in that the Vehicle would not pass without objection in the trade.

27. Plaintiff is entitled to justifiably revoke, and has revoked, acceptance of the Vehicle under Song-Beverly.

28. Plaintiff is entitled to and seeks damages and other legal and equitable relief, including, but not limited to, all incidental, consequential and general damages resulting from BMW's failure to comply with its obligations under Song-Beverly.

29. Plaintiff is entitled under Song-Beverly to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorneys' fees, reasonably incurred in connection with the commencement and prosecution of this action.

30. Plaintiff is entitled to, in addition to the amounts recovered, a civil penalty from BMW of up to two times the amount of actual damages in that it has willfully failed to comply with its responsibilities under Song-Beverly.

**WHEREFORE**, Plaintiff prays for judgment as follows:

1. For damages according to proof at trial;
2. For restitution and rescission of the purchase contract;
3. For incidental and consequential damages according to proof at trial;
4. For statutory damages and a civil penalty;
5. For pre-judgment interest at the legal rate;
6. For reasonable attorneys' fees and costs of suit as permitted by law (including, but not limited to, Civil Code § 1794); and

///
///
///
///

7. For such other and further relief as the Court deems just and proper under the circumstances.

Dated: March 14, 2017

ROSNER, BARRY & BABBITT, LLP

By: _____
Hallen D. Rosner
David L. Herman
Attorneys for Plaintiff

6
Complaint

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE

**NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):**

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

L1200 (Rev. Oct. 2014)     Page 1 of 4

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.** A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.** When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.** In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.** ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.** In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.** Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.** If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

**Less discovery.** There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.** The neutral may charge a fee for his or her services. If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.** Lawsuits must be brought within specified periods of time, known as statues of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

### TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.** In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

    **Cases for Which Arbitration May Be Appropriate.** Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

    **Cases for Which Arbitration May Not Be Appropriate.** If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.** In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

    **Cases for Which Mediation May Be Appropriate.** Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

    **Cases for Which Mediation May Not Be Appropriate.** Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.** In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.** Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May Not Be Appropriate.** Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.** Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

### ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA) For information regarding DRPA, contact:
- Community Service Programs, Inc. (949) 250-4058
- Orange County Human Relations (714) 480-6572

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE). For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*: | FOR COURT USE ONLY |
|---|---|
| Telephone No.:                    Fax No. (Optional):<br>E-Mail Address (Optional):<br>ATTORNEY FOR *(Name)*:                    Bar No: | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>**JUSTICE CENTER:**<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512<br>☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500 | |
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | |
| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |

Plaintiff(s)/Petitioner(s),_____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
   ☐ Under section 1141.11 of the Code of Civil Procedure
   ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an *Order on Court Fee Waiver* (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____   _____   _____
                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)   (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____   _____   _____
                        (SIGNATURE OF DEFENDANT OR ATTORNEY)   (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use                                     California Rules of Court, rule 3.221
L1270 (Rev. July 2014)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Hallen D. Rosner / David L. Herman<br>Rosner, Barry & Babbitt, LLP<br>10085 Carroll Canyon Road, Ste 100<br>San Diego, CA 92131<br>TELEPHONE NO.: (858)348-1005  FAX NO. (Optional): (858)348-1150<br>E-MAIL ADDRESS (Optional): hal@rbblawgroup.com / david@rbblawgroup.com<br>ATTORNEY FOR (Name): Farzad Ardestani  Bar No: 109740 / 216469 | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Harbor – Newport Beach Facility, 4601 Jamboree Rd., Newport Beach, CA 92660<br>☐ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205<br>☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838<br>☐ West – 8141 13th Street, Westminster, CA 92683 | |
| PLAINTIFF/PETITIONER: Farzad Ardestani | CASE NUMBER:<br>30-2017-00908595-CU-BC-CJC |
| DEFENDANT/RESPONDENT: BMW of North America, LLC | JUDICIAL OFFICER:<br>Hon. Derek W. Hunt |
| DECLARATION IN SUPPORT OF MOTION<br>RE DISQUALIFICATION OF JUDICIAL OFFICER<br>PURSUANT TO C.C.P. 170.6 | DEPARTMENT:<br>C23 |

I am ☐ a party ☒ the attorney for a party in the above entitled case and declare that The Honorable Derek W. Hunt _____, the judicial officer before whom the trial or hearing in this action or special proceeding is pending, or to whom this case is assigned, is prejudiced against the party or the party's attorney, or the interest of the party or party's attorney, such that the declarant cannot, or believes that he/she cannot, have a fair and impartial trial or hearing before the judicial officer.

This judicial officer ☐ has ☒ has not presided over a hearing, motion, or other proceeding in the past in this case.

Pursuant to the provisions of Code of Civil Procedure section 170.6, I request that this case be assigned to another judicial officer for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 16, 2017

Hallen D. Rosner
(Type or print name)

_____
(Signature of declarant)

Form L-0292
(Rev. August 2013)

DECLARATION IN SUPPORT OF MOTION
RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6