# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FARZAD ARDESTANI, | Case No. 8:17-cv-00721-JDE |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| BMW OF NORTH AMERICA, LLC, | |
| Defendants. | |

This action came on regularly for a jury trial on February 12, 2019, in Courtroom 6A of the United States District Court, Central District of California, the Honorable John D. Early, United States Magistrate Judge, presiding. Plaintiff Farzad Ardestani ("Plaintiff") was represented at trial by Hallen D. Rosner. Defendant BMW of North America, LLC ("Defendant") was represented at trial by Stephen K. Cho and Robert M. Zimmerman.

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and argument of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter

returned to the Court its verdict on February 14, 2019, finding in favor of Plaintiff and against Defendant as to Plaintiff's claims for Breach of Express Warranty and Breach of Implied Warranty. As to the claim for Breach of Express Warranty, the jury found damages in the amount of $37,000 and imposed a penalty of $74,000. As to the claim of Breach of Implied Warranty, the jury found Plaintiff was entitled to restitution of $40,211.70.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff and against Defendant as to Plaintiff's claim for Breach of Express Warranty in the total amount of $358,523.25, representing a jury award of $111,000 and recoverable attorney's fees of $247,523.25.

Dated: May 13, 2019

_____
JOHN D. EARLY
United States Magistrate Judge